1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   JOSHUA J. LEE (Cal. Bar No. 318332)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3183
7       Facsimile: (213) 894-0142
        E-mail:    Joshua.Lee2@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10

11
                       UNITED STATES DISTRICT COURT
12
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
   UNITED STATES OF AMERICA,         No. 2:25-mj-03511-DUTY
14
             Plaintiff,              MOTION TO DISMISS COMPLAINT
15                                   WITHOUT PREJUDICE AGAINST
             v.                      DEFENDANT PURSUANT TO FEDERAL RULE
16                                   OF CRIMINAL PROCEDURE 48(a)
   JACOB DANIEL TERRAZAS,
17
             Defendant.
18

19

20      The United States Attorney for the Central District of

21 California hereby requests leave of the Court to dismiss the

22 complaint against defendant Jacob Daniel Terrazas without prejudice.

23      The government's request for dismissal is made in good faith

24 and in the interest of justice.  The law "generally require[s] a

25 district court to defer to the government's decision to seek a

26 dismissal of a criminal charge" under Rule 48(a) motions when they

27 are not opposed by the defense.  United States v. Gonzalez, 58 F.3d

28 459, 462 (9th Cir. 1995).

                                   1

Accordingly, the government requests that the Court grant this motion to dismiss the complaint without prejudice against defendant Jacob Daniel Terrazas pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: June 18, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

/s/
JOSHUA J. LEE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA